**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01378-REB-BNB

GORSUCH LTD.,

    Plaintiff,

v.

GK LANDHAUS, LLC,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 1, 2006, the parties filed a **Stipulation to Dismiss** [#22]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that the complaint for declaratory judgment and the counterclaim should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss** [#22], filed March 1, 2006, is **APPROVED**; and

2. That the complaint for declaratory judgment and the counterclaim is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 2, 2006, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    **s/ Robert E. Blackburn**
                                                    **Robert E. Blackburn
                                                    United States District Judge**